**Order filed October 17, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00810-CV
_____

## IN RE MICROWAVE NETWORKS INC., Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733-A**

---

## ORDER

On October 14, 2019, relator Microwave Networks Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ursula Hall, presiding judge of the 165th District Court of Harris

County, to: (1) vacate her October 7, 2019 order denying MNI's motion to dissolve the writ of garnishment, and (2) to dissolve such writ.

Relator has also filed a motion for temporary relief, asking our court to stay proceedings in the garnishment action pending our decision on the petition. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion in part and issue the following order:

We **ORDER** all proceedings in the underlying garnishment action (Cause No. 2014-64733-A), including the Bank's answer date, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

We further **ORDER** that Microwave Networks, Inc. is **ENJOINED**, until further order of this court, from dissipating or transferring assets to avoid satisfaction of the judgment in Cause No. 2014-64733, however, this shall not interfere with the Microwave Networks, Inc's use, transfer, conveyance or dissipation of assets in the normal course of business.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.